AO 91 (Rev. 08/09) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___R.P.B.___ D.C.

*Mar 22, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIAM GANGLER | ) | Case No.   26-6160-MJ-HUNT |
| | ) | |
| | ) | |
| | ) | |
| _Defendant._ | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     March 6, 2026-March 21,2026     in the county of              Broward              in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Section 2422(b) | Attempted Enticement of a minor to engage in illicit sexual behavior |
| Title 18 USC Section 2251(a) | Attempted Production of child pornography |
| Title 18 USC Section 2252(a)(4)(B) and (b)(2). | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Kristin Chandler, Special Agent FBI
_____
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1    by FaceTime

Date:     3/22/2026

_____
Judge's signature

City and state:         Fort Lauderdale, Florida         

Patrick M. Hunt, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST

I, Kristin Chandler, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2019. I am currently assigned to the Violent Crimes Against Children Squad and to the FBI Child Exploitation and Human Trafficking Task Force in FBI's Miami Field Office. My duties include the investigation of crimes involving the sexual exploitation of minors, such as sex trafficking and commercial trafficking of minors, the trafficking in, production of, and possession of child pornography, and enticement violations.

3.     As a federal Agent I have participated in investigations of persons suspected of violating child pornography and child exploitations laws, including Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422. These investigations have included the use of surveillance techniques, undercover activities, interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also conducted and assisted in child pornography and child exploitations investigations, which have involved reviewing examples of child pornography in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

4.      The information set forth in this affidavit is provided in support of the attached criminal complaint, charging WILLIAM GANGLER ("GANGLER") (DOB: 12/xx/2000) with the following violations: attempted production of visual depictions involving the sexual exploitation of minors, in violation of Title 18, United States Code, Section 2251(a) and (e), attempted enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b), and possession of visual depictions involving the sexual exploitation of minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

5.      The statements included in this affidavit contain information I have learned through my own investigation as well as information obtained from others, including, but not limited to, law enforcement personnel, investigators, witness, documents, and information derived from my own personal knowledge and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint against GANGLER, I have not included every fact or circumstance known to me or other law enforcement personnel about this investigation, but have set forth only the facts and circumstances sufficient to establish probable cause.

**PROBABLE CAUSE**

6.      On or around March 5, 2026, law enforcement interviewed a 21-year-old male, who advised that when he was approximately 12-13 years old, he was contacted on Facebook by an individual who offered him money to produce images of his feet. At the time, MV1 wanted the money and thus, he produced images of his feet, via Telegram, in exchange for approximately $50-$100 in gift cards. Shortly thereafter, MV1 was contacted by other individuals online, to produce sexually explicit images and/or videos in exchange for approximately $300-$400. Said videos consisted of MV1 naked, masturbating, and showing his feet.

2

7. MV1 explained that each individual who contacted him online provided instructions on what they wanted in the videos. MV1 sent the videos directly to Telegram users in exchange for money. MV1 saw that his videos were being distributed on Telegram as users online sent him screenshots. MV1 was often asked, by online users, to meet in person; however, MV1 advised that he only met with one individual named William when he was approximately 15 years old. William is known to law enforcement and was later identified by MV1 as William Gangler (GANGLER), date of birth (DOB) 12/xx/2000. MV1 was contacted by GANGLER via Telegram. GANGLER told MV1 that he was also located in Florida. MV1 recalled GANGLER's Telegram username as something along the lines of @thoesfeet. GANGLER offered MV1 money to meet and produce videos involving his feet.

8. MV1 met with GANGLER on two occasions. On the first occasion, GANGLER picked MV1 up, at the gated entrance of his residential community, and drove MV1 to his home in Coral Springs, FL. Upon arrival, MV1 and GANGLER went into GANGLER's bedroom where what appeared to be a professional video camera was already set up. During the initial meeting, GANGLER filmed a video of himself licking MV1's feet. MV1 was dressed in said video. GANGLER also filmed a video of his penis with MV1's feet and asked to perform oral sex on MV1. MV1 declined the offer provided by GANGLER.

9. On the second occasion, GANGLER once again picked MV1 up at his residence and drove him to his (GANGLER's) home, in Coral Springs, FL, where a camera was set up. During the second meeting, GANGLER filmed a video of himself touching MV1's feet as well as a video of himself performing oral sex on MV1. GANGLER paid MV1 $600 cash on each occasion. MV1 knew that GANGLER was going to sell and/or distribute his videos as GANGLER

3

told him that he would pay him (MV1) a percentage of the profits. MV1 never received any additional money.

### Identification of William Gangler

10.     Law enforcement located a Coral Springs Police Report involving GANGLER from on or around March 14, 2017. Within the report, it stated that a CPIS Investigator provided an intake report. The intake report alleged that GANGLER was "doing sexual things" to a seven-year-old boy, since he was four years old. Specifically, the report alleged that GANGLER has been touching the minor's penis and having the minor touch his penis. Additionally, the report alleged that GANGLER texted a 12-year-old female and asked for pictures of her feet as he has a foot fetish. According to the report, GANGLER and GANGLER's mother, Denise Gangler, denied the allegations. Rather, GANGLER advised that the minor male touched his penis and GANGLER threatened to tell the minor's mother if he did not stop.

11.     Law enforcement also located a Coral Springs Police Report involving GANGLER from on or around March 5, 2021. A Complainant reported that GANGLER was paying a friend to perform foot fetish acts in which GANGLER sucks on toes. The friend confirmed the above and stated that GANGLER also messaged her via Snapchat, asking for further sexual favors, in exchange for monetary value. During the timeframe of these two reports, GANGLER appears to have resided at 10732 La Placida Dr, Apt A4, Coral Springs, FL 33065 ("TARGET RESIDENCE"), which is known to law enforcement as his current residence. Further, the telephone number associated with GANGLER in the March 5, 2021 Coral Springs PD report was (954) 802-5787.

12.     On or about March 9, 2026, law enforcement obtained a copy of CyberTipline (CT) Report 54760553, generated through the National Center for Missing and Exploited Children

4

(NCMEC). The report was submitted by Instagram, Inc. (Instagram) regarding possible child pornography, on or around September 5, 2019, and Instagram user display name WillyG, telephone number (954) 802-5787, and email address ur2nosey@att.net. Upon review of the CyberTip, the associated viewable file appears to be a prepubescent male's penis with an adult hand pulling back the foreskin. Law enforcement subpoenaed records from AT&T, pertaining to email address ur2nosey@att.net, revealed the name William Gangler to be associated with said email address.

13. Law enforcement subpoenaed records, pertaining to telephone number (954) 802-5787, revealed the financially liable/billing party to be Denise Gangler, credit/billing address 10732 La Placida Dr, Apt 4, Coral Springs, FL 33065, the user to be William Gangoer, address 10732 La Placida Dr, Coral Springs, FL 33065, and the service start date to be 12/08/2021.

14. On March 11, 2026, law enforcement conducted surveillance at 10732 La Placida Dr, Apt A4, Coral Springs, FL 33065. During surveillance, a covered-up motorcycle, located nearby reserved parking spots labeled A4, was observed. According to the Florida Department of Highway Safety and Motor Vehicles, a gray Yamaha motorcycle is registered to GANGLER. Additionally, on March 17, 2026, during surveillance conducted at the residence, GANGLER was observed entering a gray Volkswagen, license plate FTAR64, and driving to the vicinity of a car dealership in Fort Lauderdale, FL. Within text messages with the UCE, GANGLER previously informed the UCE that he does "automotive photography." According to the Florida Department of Highway Safety and Motor Vehicles, a gray Volkswagen license plate FTAR64, is registered to GANGLER.

***UCE Communication with Telegram User @thoesfeet***

5

15. On or around about March 6, 2026, an FBI Undercover Employee ("UCE") began communicating with Telegram user @thoesfeet ("Telegram User 1") via the Telegram Messenger application. Specifically, the UCE and Telegram User 1 had the following conversation:

| Sender | Message |
|---|---|
| UCE | Yo..u still sellin? Lookin for yung…. |
| Telegram User 1 | Hello yes, do you have cashapp? Videos are $10 per minute |
| UCE | Yaaa I have cashapp… |
| UCE | What's the yungest u got |
| UCE | ? |
| Telegram User 1 | Sounds good please send $1 here to confirm and I will send you previews of what I have $WillyG132 |
| UCE | Should I send now? |
| UCE | [Image of a screenshot of what appears to be William Gangler $WillyG132 CashApp account] |
| UCE | This u? I'll send $1 for sample..when u ready…dont wanna get scammed… |
| Telegram User 1 | Yes that's me |
| Telegram User 1 | Send when you're ready |
| UCE | Sent |
| Telegram User 1 | [Approximately 31 images of what appear to be screenshots or previews of videos involving pubescent and/or age-difficult individuals and feet] |
| Telegram User 1 | Lmk which videos you'd want to get today |
| UCE | Damnnn…do they tak their clothes off? Cant tell bc just screenshots |
| Telegram User 1 | No, these are feet related videos |
| UCE | Oooo |
| Telegram User 1 | The description of each video is under each |
| UCE | My b |
| Telegram User 1 | Lmk which ones you'd like [Thumbs Up Emoji] |
| UCE | Damnnn hard to choose…great content! U make urself? |
| UCE | U hav any that leads to more? |
| Telegram User 1 | Yea it's my original content and no just these for now |

6

16. On or around March 9, 2026, the UCE sent Telegram User 1 $50 via CashApp in exchange for a video described by Telegram User 1 as "5 mins worshiping [MV2's] feet with the other 2 models in the room". Telegram User 1 also instructed the UCE to write gas or groceries in the note section of the payment. Telegram User 1 confirmed receipt of payment and sent the UCE a video, approximately five minutes in length, of what appeared to be a male licking a female's feet with two other individuals in the room. The male observed licking feet in the aforementioned video appears to resemble the driver's license photograph of GANGLER.

17. On or around March 9, 2026, to on or around March 10, 2026, the FBI Miami UCE and Telegram User 1 had the following conversation:

| Sender | Message |
| --- | --- |
| UCE | Will u hit me up when u got one u finish off? |
| UCE | Or u hav some yung to sell? I lost my plug…his account got banned |
| Telegram User 1 | Like I was saying before we only stick to feet videos the most we will do is a FJ |
| Telegram User 1 | What ages? |
| UCE | FJ I lik that [Devil Face Emoji] |
| UCE | 15 or yungr….Wat u got? |
| Telegram User 1 | FJ videos are a little more expensive but I can send you examples a little later I'm at work rn most FJ videos are $100 or more |
| Telegram User 1 | I can look but not sure if I have anything feet related mostly cheese pizza stuff |
| | … |
| Telegram User 1 | Hey here are some of the FJ videos we have done |
| Telegram User 1 | [Approximately four images of what appear to be screenshots or previews of foot job videos] |
| Telegram User 1 | Sounds good send me and example of what kinda videos you like and I'll lyk what I have that's similar and how much |
| UCE | How old is she…can't tell by screenshot…N how much? I think I lik this one… |
| Telegram User 1 | 15 and $120 |
| Telegram User 1 | You can send when you're ready |
| UCE | Would you do 100? I want some cheese pizza |

7

| | |
|---|---|
| | too [Two Cheese Pizza Emojis and a Rolling on the Floor Laughing Emoji] |
| Telegram User 1 | If you decide to buy more than one FJ video I can give you a discount but not only on one lol |
| UCE | Lolll |
| Telegram User 1 | Send me and example of the pizza you like and I'll see what I have to send you |
| UCE | Any suggestions…ones that r same age or yungr |
| Telegram User 1 | I mostly have young like toddlers it just depends on what you want to see them doing lol if you can send an example I'll see if I have something similar to send you |
| Telegram User 1 | And ready to get the FJ video? |
| UCE | Ya..same in notes? |
| UCE | Gas? |
| Telegram User 1 | Ya that'll work |
| Telegram User 1 | Send confirmation when sent |

18.     On or around March 10, 2026, the UCE sent CashApp account William Gangler $120.00 in exchange for an "FJ video." GANGLER confirmed receipt of payment and sent the UCE a video, approximately nine minutes in length, of what appears to be a female performing a foot job on an adult male's penis. Telegram User 1 informed the UCE that "they do it for money lol" referring to the individuals in the videos.

19.     Additionally, based on my training and experience, I am aware that "Cheese pizza" and/or "Cheese Pizza Emojis" are common terms and symbols that individuals involved in the collection and distribution of child sexual abuse material ("CSAM") use to refer to child pornography.

20.     On or around March 11, 2026, Telegram User 1 sent the UCE four screenshots of what appear to be prepubescent minors. Specifically, with regards to two of the videos, Telegram User 1 states that he has "this 7 min one with penetration for $100" and "this one for $85." Telegram User 1 also states "It's cp it's not like it's just feet videos a lot more risk comes with

8

selling content that like so the prices are more." On or around March 13, 2026, the FBI Miami UCE sent CashApp account William Gangler $180.00 in exchange for three videos. Telegram User 1 confirmed receipt of payment and sent three videos to the UCE. Two of the videos are described below:

    a. Video 1, which is approximately seven minutes and eighteen seconds in length, appears to be of a prepubescent female, being anally and vaginally penetrated by an adult male wearing a mask. The female then performs oral sex on said male's penis.

    b. Video 2, which is approximately five minutes and thirty seconds in length, appears to be of a prepubescent minor's vagina being penetrated by an adult male penis. The male then continues to masturbate after penetration.

21. On or around March 18, 2026, Telegram User 1 contacted the UCE with regards to purchasing additional videos. On or around March 19, 2026, the UCE asked Telegram User 1, "What cheese pizza you got?". On or around March 20, 2026, Telegram User 1 sent the UCE four screenshots of what appear to be sexually explicit videos involving prepubescent minors. With regards to two of the screenshots, Telegram User 1 informed the UCE that "I have this hour long one that I will do for $250 for part 1 and $250 for part 2."

### UCE Communication with TN-5787

22. On or around March 12, 2026, an FBI Miami UCE began communicating with Telephone Number (954) 802-5787 ("TN-5787"), as a purported 15-year-old male, via text message. Specifically, the UCE and TN-5787 had the following conversation:

| Sender | Message |
|---|---|
| UCE | Yo..this Will? MV1 gave me ur numbrrr…tryin to make some $$$... [Foot Emoji and Squinting |

| | |
|---|---|
| | Face with Tongue Emoji] |
| TN-5787 | Yurr let me know how old you're and send a picture of what you look like, and your soles and I'll let you know [Thumbs Up Emoji] |
| UCE | Sry bro…it hard to text sometimes in the AM bc my mom is always lurkin…haha [Rolling on the Floor Laughing Emoji] im 15. Ill send u a pic of both |
| TN-5787 | You gucci and ight |
| TN-5787 | Is this Josh btw? |
| UCE | Yaa! How u know bro?! Waitin for my free periodd to take the pics for u..soryyyy !! |
| TN-5787 | You're good lol I was talking with [MV1]! |
| … | |
| TN-5787 | Oh sweet [Fire Emoji] yall be playing gta? And im down just wanna see what you look like and what your feet look like to see how much I can make you |
| UCE | Thattt would b awesomeee |
| UCE | [Image of purported 15-year-old minor and foot sole] |
| UCE | [Image of purported 15-year-old minor's foot sole] |
| UCE | Hahaha [Laughing with Tears of Joy Emoji] |
| UCE | Hope u can make me alotttt [Laughing with Tears of Joy Emojis] |
| TN-5787 | Imma see what I can do lol you got some nice sole [Squinting Face with Tongue Emoji] are you home yet? |
| UCE | Hahaha !! Thankssss ! |
| TN-5787 | Will prob have you take some more samples pics and maybe a video to get some buyers |
| UCE | Coolll |
| TN-5787 | Ywww! Are you home yet? |
| UCE | Not home yet by a friend |
| TN-5787 | Ok no worries [Thumbs Up Emoji] hmu when you get home and I'll lyk what to do for the videos and other pics |
| UCE | Sounds goood!! |
| TN-5787 | Do you have a foot fetish btw? Or just down to make money with your feet lol? |
| UCE | Never really thought bout it…loll immm down to mak money but I lik guys…y? |
| TN-5787 | Ah ok lol I was just curious [Squinting Face with Tongue Emoji] cuz when we meet up the videos |

10

| | |
|---|---|
| | would always come out better if you're into it [Grinning Face with Sweat Emoji] |
| UCE | Oh really?!?! |
| UCE | Y? |
| TN-5787 | People love to see the reactions especially if it's your first time having your toes sucked or licked [Rolling on the Floor Laughing Emoji] |
| TN-5787 | Or they like seeing you enjoy it |
| UCE | It will b my first timeee doin that…don't hav much experience w anything really |
| UCE | I just made out w a friend n lik jerked him off loll..no feet [Upside-Down Smiley Face Emoji] |
| TN-5787 | Loll I gotcha ppl like to see stuff like that too so the more you down to try the more I could prob make you |
| UCE | Oh reallyyy? |
| UCE | Damn! |
| TN-5787 | Is it the friend you're with now that you jerked off lol? |
| TN-5787 | Yea the more stuff ya down to do the more ppl will buy |
| UCE | Haha would I lik jerk someone off or they do it to me? |
| TN-5787 | It could be either or, or both lol |
| UCE | Who would I do it w? |
| TN-5787 | You'd be making the videos with me lol then I'll help you sell them |
| UCE | Is it ok that I dont have much experience? |
| UCE | U don't careee? |
| TN-5787 | Sorry I was showering lol and nah it's ok most of my fist time models don't have experience espically with the feet stuff |
| UCE | Coolll :) |
| UCE | How muchhh? |
| TN-5787 | How much you'll be making? |
| UCE | Yaaa |
| TN-5787 | Not sure yet lol I gotta see how ppl like you and the videos we make but usally I sell the videos for $5-$10 per minute. So a 5 min video can be anywhere from $25-50 |
| UCE | Kk cool..that just feet or lik w jerkin off? |
| TN-5787 | That's mostly the feet stuff like tickling, worshiping ( sucking toes and licking soles) and then prob foot job. And the other stuff I usually |

11

| | | try to charge a little more |
| --- | --- | --- |
| TN-5787 | | Depends on if that person is a repeat customer or a first time buyer |
| TN-5787 | | Ya understand? |
| UCE | | Coolll..I get it |
| UCE | | Stupiddd question…whats a foot job? |
| TN-5787 | | Lollll [Rolling on the Floor Laughing Emoji] it's basically jerking off but with your feet |
| | … | |
| UCE | | Would u do it to me or me to u? |
| UCE | | Mayb that a dumb questionnnn hahaha |
| UCE | | What u up to? |
| TN-5787 | | Loll you'd do it to me unless you wanted me to do it to you too lol and I just had dinner what you and your friend up to |

23.     On or around March 14, 2026, the UCE and TN-5787 continue to communicate via text message. TN-5787 asked the UCE to send "like a entire sets of 20 pics plus a 2 min video so I can start promoting you." TN-5787 also sent the UCE instructions with a drawing/sketch of how to take said video. Further, TN-5787 sent the UCE two images of MV1 as examples. TN-5787 told the UCE "If you just trust me and work with me bro I'll make you a lot of money like I did with [MV1]. I can prob make you $500 so quick."

24.     On or around March 16, 2026, TN-5787 and the UCE discussed meeting. Specifically, TN-5787 stated "Oki kool just as long as we have some ideas of how I can pick you up…we could even do some videos on my car but I'd rather do them in my room cuz better lighting and more comfortable." TN-5787 further stated "I just hope my mom isn't like who is this young dude you're bringing over…I remember when [MV1] came over she was like oh you're a new face I've never seen before…and I just told her he was a good old time friend from school I never hung out with much."

12

25.     TN-5787 then sent the UCE a video of his vehicle, parked in a spot labeled "A4" which appears to be a gray Volkswagen, license plate DITY49. Said vehicle appears to resemble the gray Volkswagen vehicle observed by law enforcement during surveillance. TN-5787 also sent the UCE a photograph of himself, which appears to resemble GANGLER's Florida driver's license photograph.

26.     On or around March 16, 2026, the UCE and TN-5787 had following conversation regarding meeting:

| Sender | Message |
| --- | --- |
| TN-5787 | Hehe you'd prob get so hard lol maybe we can do some other stuff too [Face with Peeking Eye Emoji, Grinning Face with Sweat Emoji, Squinting Face with Tongue Emoji] |
| UCE | [Two Squinting Face with Tongue Emojis] |
| UCE | Do u usually get hardd when u worship feet? [Two Squinting Face with Tongue Emojis] |
| UCE | Wat would u likkk to do..wuld u teachhh meee [Two Heart Eyes Emojis] |
| TN-5787 | If I'm nervous sometimes I won't but usually I do get hard [Two Squinting Face with Tongue Emojis] |
| TN-5787 | And I'm down to do whatever tbh [Grinning Face with Sweat Emoji] there's a lot I've always wanted to try cuz I've never had a BJ from a boy before |
| TN-5787 | [Image of what appears to be GANGLER] |
| UCE | Lolll... I neverrrr had one eitherrr or givennn one [Face Savoring Food Emoji] |
| UCE | U realllyyyy cuteeee [Two Heart Eyes Emojis] |
| TN-5787 | We could give each other one lol or jerk each other off [Squinting Face with Tongue Emoji] |
| UCE | Kk |
| TN-5787 | Ngl got me horny thinking about it haha [Grinning Face with Sweat Emoji] |
| UCE | Stupiddd questionnn.. u will b patient right? Causeee I neber gav me a bj before |
| UCE | Awwww :) I'm excitdddd to meet u |
| TN-5787 | Ofc I'll be patient with you [Smiling Face with Hearts Emoji] I don't expect you to be deep |

13

| | | |
|---|---|---|
| | | throating and amazing your first time around hehe |
| UCE | | Lolll kk :) I;m exciteddd |
| TN-5787 | | It's the same thing with the FJ I will prob have to help you some until you get what you do |

27.     On or around March 17, 2026, TN-5787 asked the UCE "Can I see your dickkk plzzzz". Further, TN-5787 continued to discuss attempting to meet the purported 15-year-old male in person and stated, "Yea just wish we could be home alone…So we don't gotta be quiet and sneaking to do the videos lol cuz I bet you'd wanna moan." TN-5787 also told the UCE "We could even try to 69" and "We could even jerk each other at the same time lol". TN-5787 later asked the UCE "do you shave btw I really love no hair down there makes it easier" and stated, "imma try so hard to get home early on Friday cuz I wanna meet to badddd." TN-5787 provided the UCE with an address for a CVS located in Coral Springs, Florida. TN-5787 explained, with regards to the CVS, that "Id prob have you uber here then I'd pick you up cuz I live closer." During the above conversation, TN-5787 told the UCE "I'm so hard now lol I gotta jerk off."

### Meeting with GANGLER

28.     On or around March 20, 2026, TN-5787 text messaged the UCE and stated, "Hehe I can't wait till tmrw I'm think we can hang around 12 after my dentist appt." The UCE asked TN-5787, "did we get the requests lik u saiddd?" to which TN-5787 responded, "lol after filming bro [Face with Tears of Joy Emoji] and yea most ppl wanna see worship videos so we'll prob start with that and then film some extra video ik ppl will love like a FJ, HJ and BJ and maybe tickling if your feet are ticklish." With regards to meeting and filming the videos TN-5787 had previously told the UCE that he would either pick the UCE up at a Cold Stone Creamery located near the UCE's purported home or send an uber for the UCE to be picked up at the Cold Sone Creamery.

14

TN-5787 explained that if he sent an uber he would have the UCE dropped off at a CVS near TN-5787's home.

29. Thus, on or around March 20, 2026, the UCE asked, "Do u thinkkkkk round 1230ishhh…do i go to cold stone?" and "But waittt am I uberinn or???". TN-5787 replied, "lol you said you don't have money to order your own uber so I was going to order it for you" and "Unless I have time to pick you up then maybe I will instead." TN-5787 later told the UCE, "I just rather not have to drive that far cause I would also have to drop you back too And that's a lot of gas money lol." TN-5787 also stated, "You're so adorable lol I'll prob wait till you get there and then order it because sometimes they come super fast", when referring to the Cold Stone Creamery.

30. On or around March 20, 2026, TN-5787 asked the UCE for the address to the Cold Stone Creamery to which the UCE replied "12124 Miramar Parkway, Ste 162, Miramar, FL 33025." TN-5787 then told the UCE, "yea what ever the uber and tip cost will be taken out from your first sale but I can make multiple sales off of one video lol and I wanna make a few videos so you'll make the money back np lol." TN-5787 also explained with regard to filming the videos, "Then probably a FJ video but most ppl want a cum shot at the end where I cumm all over your feet but ik we wanna prob cum together when we jerking each other off after the BJ so if we do the FJ I'll prob have to take a little break before we do the BJ and HJs to each other…Or cum in each others mouths."

31. Additionally, TN-5787 stated, "lol I bet we both finna be horny on the drive from CVS to my house" and "lol I won't mind if you reach over and try to get me hard while we drive to my house hehe." TN-5787 asked the purported 15-year-old minor if he shaved yet and "lol do you think I'll be able to deep throat your dic." On or around March 21, 2026, TN-5787 messaged the UCE and stated, "I'll prob have you go to the cold stone around 12:30". TN-5787 asked the

15

UCE to send a picture of what he was wearing. While at the Cold Stone Creamery, the UCE sent TN-5787 an image of the purported 15-year-old male. TN-5787 told the UCE that the UCE's telephone number would be included in the Uber order. TN-5787 then sent the UCE a screenshot of the Uber order. The vehicle scheduled to pick up the UCE was a white Nissan Sentra license plate RELP78. The UCE also received a text message regarding the Uber order that included "Contact William." The drop-off location for the Uber order was a CVS located at 3401 Coral Springs Drive, Coral Springs, FL 33065.

32.     On March 21, 2026, the FBI Miami Violent Crimes Against Children Squad staged in the vicinity of GANGLER's residence and the CVS located in Coral Springs, Florida. At approximately 1:27PM, TN-5787 arrived at the CVS and sent the UCE a screenshot of where he was parked. Shortly thereafter, GANGLER was placed into custody and a search of his person and vehicle were conducted. An iPhone was located within GANGLER's vehicle, a gray Volkswagen license plate FTAR64, and an on-scene manual preview of the iPhone was conducted. Law enforcement located Telegram messages between the UCE and Telegram User 1 as well as text messages between the UCE and TN-5787. Law enforcement attempted to conduct an interview of GANGLER. Law enforcement read GANGLER his *Miranda* rights, however, GANGLER invoked his rights and the interview was terminated.

33.     On March 21, 2026, during a search of GANGLER'S residence, law enforcement located a camera in GANGLER's bedroom as well as multiple devices utilized to stabilize, support, and/or position cameras set up (e.g. tripod, monopod). Additionally, law enforcement located sexually explicit printed photographs of prepubescent minors in GANGLER's bedroom.

16

## CONCLUSION

34.    Based on the aforementioned information, your affiant respectfully submits that there is probable cause to believe that WILLIAM GANGLER did knowingly commit the offense of attempted production of visual depictions involving the sexual exploitation of minors, in violation of Title 18, United States Code, Section 2251(a) and (e), attempted enticement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b), and possession of visual depictions involving the sexual exploitation of minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), on or about March 21, 2026.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
KRISTIN CHANDLER, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by
FaceTime this  22nd day of March 2026.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____26-6160-MJ-HUNT_____

### BOND RECOMMENDATION

DEFENDANT: _____WILLIAM GANGLER_____

_____Pre-Trial Detention recommended_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _*M. Catherine Koontz*_____
　　　AUSA:  M. Catherine Koontz


Last Known Address: _____

_____

_____

What Facility:　　　._____

_____

Agent(s):　　　Kristin Chandler, SA FBI_____
　　　(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)